UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LAURIE MOBLEY,

                Plaintiff,                      Docket No. 24 Civ. 5642

  -against-

WAL-MART STORES EAST, LP,

                Defendant(s)
----------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant, and without costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/ Philip M. Hines
Philip M. Hines, Esq.
HELD & HINES, LLP
*Attorneys for Plaintiff*
4815 Avenue N
Brooklyn, New York 11234
(718) 531-9700
phines@heldhines.com

Dated: September 19, 2024

Patricia A. O'Connor
O'CONNOR & O'CONNOR, ESQS.
*Attorneys for Defendant*
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

Dated: September 24, 2024

So ordered /s/(ARR)